(Official Form 1) (12/02)

FORM B1

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Jason H. Cho** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Young Cho** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**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** | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**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** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1239 N. Maidstone**<br>**Vernon Hills, IL 60061** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**1239 N. Maidstone**<br>**Vernon Hills, IL 60061** |
| County of Residence or of the<br>Principal Place of Business:    **Lake** | County of Residence or of the<br>Principal Place of Business:    **Lake** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check on box) |
|---|---|
| ☒ Individual(s)  ☐ Railroad<br>☐ Corporation  ☐ Stockbroker<br>☐ Partnership  ☐ Commodity Broker<br>☐ Other _____  ☐ Clearing Bank | ☒ Chapter 7  ☐ Chapter 11  ☐ Chapter 13<br>☐ Chapter 9  ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☒ Consumer/Non-Business  ☐ Business | ☒ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only)<br>Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments.<br>Rule 100 |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative exp paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 |
|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☒ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 06/16/2004
Time: 14:21:22
Debtor: JASON H CHO
Case: 04-22860    Fee: 209
Chapter: 7 Rec. # : 3086127
Judge: A Benjamin Goldgar
341 mtg: 08/05/2004 @ 01:30PM
Trustee: ILENE GOLDSTEIN

1:04BK22860-BK001

© 1993-2003 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

VOLUNTARY PETITION

(Official Form 1) (12/02)                                                                                    FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Jason H. Cho & Young Cho** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location<br>Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____    Jason H. Cho
Signature of Debtor

X _____    Young Cho
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**June 1, 2004**
Date

### Signature of Attorney

X _____ atty
Signature of Attorney for Debtor(s)
**Randall A. Wolff 6188405**
Printed Name of Attorney for Debtor(s)
**Randall A. Wolff, Esq.**
Firm Name
**3325 N. Arlington Heights Road, #500**
Address
**Arlington Heights, IL 60004**

(947) 222-9465
Telephone Number

**June 1, 2004**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____    6/01/04
Signature of Attorney for Debtor(s)    Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                  Case No. _____

Jason H. Cho & Young Cho _____   Chapter **7** _____
                              Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 615,000.00 | | |
| B - Personal Property | Yes | 2 | 32,000.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 923,299.63 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 3 | | 111,464.62 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | 1,132,471.57 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,200.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 10,642.00 |
| Total Number of Sheets in Schedules | | 27 | | | |
| Total Assets | | | 647,000.00 | | |
| Total Liabilities | | | | 2,167,235.82 | |

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Jason H. Cho & Young Cho _____  Case No. _____
                          Debtor(s)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **1239 N. Maidstone**<br>**Vernon Hills, IL 60061** | JTWROS | J | 615,000.00 | 613,000.00 |
| | | **TOTAL** | **615,000.00** | |

(Report also on Summary of Schedules)

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE A - REAL PROPERTY

IN RE Jason H. Cho & Young Cho
_____   Case No. _____
Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attached a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions only in Schedule C - Property Claimed as Exempt.

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leased.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account:  MB Financial<br>Checking:  TCF Bank | H<br>W | 2,000.00<br>1,500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | Furniture/personal computer | J | 1,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | clothing | J | 500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Debtor previously owned Amco Service Corporation; however, the bank/ lender has taken over the business and is running it; the Debtor is uncertain whether he still holds an interest in the company | J | 0.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Jason H. Cho & Young Cho _____ Case No. _____
                                    Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 BMW | J | 8,000.00 |
| | | 2000 Ford Mustang | J | 9,000.00 |
| | | Semi- Truck 350 ford | J | 10,000.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 32,000.00 |

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

__0__ continuation sheets attached

SCHEDULE B - PERSONAL PROPERTY

IN RE Jason H. Cho & Young Cho                                        Case No. _____
                          Debtor(s)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). NOTE: These exemptions are available only in certain states.

☑ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **1239 N. Maidstone** Vernon Hills, IL 60061 | 735 ILCS 5 §12-901 | 15,000.00 | 615,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| Checking Account:  MB Financial | 735 ILCS 5 §12-1001(b) | 2,000.00 | 2,000.00 |
| Checking:  TCF Bank | 735 ILCS 5 §12-1001(b) | 1,500.00 | 1,500.00 |
| Furniture/personal computer | 735 ILCS 5 §12-1001(b) | 500.00 | 1,000.00 |
| clothing | 735 ILCS 5 §12-1001(a) | 500.00 | 500.00 |
| 2000 BMW | 735 ILCS 5 §12-1001(c) | 549.55 | 8,000.00 |
| 2000 Ford Mustang | 735 ILCS 5 §12-1001(c) | 1,200.00 | 9,000.00 |

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

IN RE Jason H. Cho & Young Cho _____   Case No. _____
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H","W","J", or "C", respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED NATURE OF LIEN AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL / UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No. 1100008361 <br> America Servcle Corp. <br> P.O. Box 13716 <br> Sacramento, CA  95853-3716 | | J | 2nd mortgage on Vernon Hills home <br><br> Value $       615,000.00 | | | | 122,551.72 |
| Account No. 2000210659 <br> BMW Financial Services <br> P.O. Box 3608 <br> Dublin, OH  43016-0306 | | J | 2000 car loan <br><br> Value $       8,000.00 | | | | 7,450.45 |
| Account No. 25625039 <br> Ford Credit <br> 3010 Highland Parkway #200 <br> Downers Grove, IL  60515 | | J | 2000 lien on Ford Mustang <br><br> Value $       9,000.00 | | | | 7,287.49 |
| Account No. 25174901 <br> Ford Credit <br> 3010 Highland Parkway #200 <br> Downers Grove, IL  60515 | | J | 1st lien on ford Semi-truck <br><br> Value $       10,000.00 | | | | 7,287.49 |
| Account No. 320489644 <br> HOMEQ Servicing Corp. <br> P.O. Box 37297 <br> Baltimore, MD  21297-3297 | | J | 1st Mortgage on 1239 N. Maidstone in Vernon Hills <br><br> Value $       615,000.00 | | | | 481,722.48 |

_____ 1 Continuation Sheets attached

Subtotal
(Total of this page)        626,299.63

(Complete only on last sheet of Schedule D) **TOTAL**  _____
(Report total also on Summary of Schedules)

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Jason H. Cho & Young Cho                         Case No. _____
_____
                    Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED NATURE OF LIEN AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL / UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No. <br> State Bank Of Long Lake <br> 1964 W. Wayzata Blvd. <br> Long Lake, MN 55356 | | J | Equity Line of Credit on Vernon Hills Property <br><br> Value $ | | | | 297,000.00 <br><br> 297,000.00 |
| Account No. | | | <br><br> Value $ | | | | |
| Account No. | | | <br><br> Value $ | | | | |
| Account No. | | | <br><br> Value $ | | | | |
| Account No. | | | <br><br> Value $ | | | | |
| Account No. | | | <br><br> Value $ | | | | |
| Account No. | | | <br><br> Value $ | | | | |

Sheet _____**1** of _____**1** Continuation Sheets attached to Schedule D

|  | Subtotal (Total of this page) | 297,000.00 |
|---|---|---|
| (Complete only on last sheet of Schedule D) | **TOTAL** | 923,299.63 |
|  | (Report total also on Summary of Schedules) | |

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

IN RE Jason H. Cho & Young Cho                                    Case No. _____
                     Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H","W","J", or "C", respectively, in the column labeled "HWJC".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the Total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

### TYPES OF PRIORITY CLAIMS
(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2)

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒ **Taxes and Other Certain Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **2** Continuation Sheets attached

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Jason H. Cho & Young Cho _____   Case No. _____
                          Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Illinois Department Of Employment** <br> **North Region** <br> **260 East Indian Trail Rd.** <br> **Aurora, IL  60505** | | J | **Witholding** | | | | 902.15 <br><br> 902.15 |
| Account No. 3331-5086 <br> **Illinois Department Of Revenue** <br> **Springfield, IL  62776-0001** | | J | **State Tax claim on business Debtor no longer owns** | | | | 11,000.00 <br><br> 11,000.00 |
| Account No. 4338219-9 <br> **Illinois Dept. Of Economic Service** <br> **260 East Indian Trail Rd.** <br> **Aurora, IL  60505-1733** | | | | | | | 1,224.89 <br><br> 1,224.89 |
| Account No. 3331-5086 <br> **Illinois Dept. Of Revenue** <br> **(941)** <br> **PO Box 19468** <br> **Springfield, IL  62794-9468** | | J | | | | | 373.94 <br><br> 373.94 |
| Account No. 3331-5086 <br> **Illinois Dept. Of Revenue** <br> **(Sales)** <br> **Springfield, IL  62794-9468** | | J | | | | | 243.49 <br><br> 243.49 |
| Account No. 48-1270170 <br> **Internal Revenue Service** <br> **Cincinnati, OH  45999-0300** | | J | | | | | 271.43 <br><br> 271.43 |

Sheet ____**1**___ of ____**2**___ Continuation Sheets attached to Schedule E

          Subtotal
(Total of this page)      **14,015.90**

(Complete only on last sheet of Schedule E)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Jason H. Cho & Young Cho                                    Case No. _____
_____
                    Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| Account No. 48-1270170 Internal Revenue Service Cincinnati, OH 45999-0300 | | J | | | | | 3,566.86 / 3,566.86 |
| Account No. 48-1270170 Internal Revenue Service Department Of The Treasury Kansas City, MO 64999 | | J | IRS claim | | | | 13,000.00 / 13,000.00 |
| Account No. 48-1270170 Internal Revenue Service Cincinnati, OH 45999-0030 | | | | | | | 80,083.07 / 80,083.07 |
| Account No. 48-1270170 Internal Revenue Service Cincinnati, OH 45999-0300 | | | | | | | 798.79 / 798.79 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet **2** of **2** Continuation Sheets attached to Schedule E

Subtotal (Total of this page)  97,448.72

(Complete only on last sheet of Schedule E)  **TOTAL**  111,464.62
(Report total also on Summary of Schedules)

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Jason H. Cho & Young Cho _____   Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H","W","J", or "C", respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>A.J. Morgan<br>PO Box 79215<br>Los Angeles, CA  90079 | | J | | | | | 1,578.93 |
| Account No. 4820142<br>ADT Security Systems<br>PO Box 650485<br>Dallas, TX  75265-0485 | | J | | | | | 124.97 |
| Account No. J012H<br>AG Adjustements [Liz Ciborne]<br>1600 Old Country Road<br>Plainview, NY  11803-9109 | | | | | | | 20,228.69 |
| Account No. K369645<br>AG Adjustements [Liz Ciborne]<br>1600 Old Country Road<br>Plainview, NY  11803-9109 | | J | | | | | 6,849.92 |
| Account No.<br>AL CAN Collection [Century]<br>PO Box 249<br>Pelham, NY  10803-0249 | | J | | | | | 7,027.49 |

__13__ Continuation Sheets attached

Subtotal
(Total of this page)  35,810.00

(Complete only on last sheet of Schedule F)  **TOTAL**  _____

(Report total also on Summary of Schedules)

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Jason H. Cho & Young Cho
_____   Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J I C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 59015<br>Alarm Detection<br>111 Church Rd.<br>Aurora, IL  60505 | | J | | | | | 313.64 |
| Account No. 4010080<br>Amrams & Abrams<br>75 East Wacker Suite 320<br>Chicago, IL  60601 | | J | | | | | 4,976.55 |
| Account No.<br>Angela's Carpet And Blinds<br>5514 N. Western Avenue<br>Chicago, IL  60625 | | | | | | | 450.00 |
| Account No. 03100262-2<br>Atwell , Curtis And Brooks, Ltd.<br>204 Stonehenge Ln.<br>Carle Place, NY  11514-0363 | | J | | | | | 4,976.55 |
| Account No. 03100595-2<br>Atwell, Curtis And Brooks, Ltd.<br>204 Stonehenge Ln.<br>Carle Place, NY  11514-0363 | | | | | | | 1,931.29 |
| Account No. 4246311904309410<br>Bank One Cardmember Services<br>P.O. Box 50882<br>Henderson, NV  89016-0882 | | J | credit card 2004 | | | | 10,642.51 |
| Account No. 4266-8800-3477-7553<br>Bank One Cardmember Services<br>P. O. Box 50882<br>Henderson, NV  89016-0882 | | W | credit card debt 2003 | | | | 7,942.80 |
| | | | | | Subtotal<br>(Total of this page) | | 31,233.34 |

Sheet ____1__ of ____13__ Continuation Sheets attached to Schedule F

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Jason H. Cho & Young Cho

Case No. _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 789550000001<br>Becca<br>2419 E. Winston Rd.<br>Anaheim, CA 92806 | | | | | | | 2,761.49 |
| Account No.<br>Bonner Smith<br>5220 8th Street<br>Lubboch, TX 79424 | | J | Lubboch Leasing V. Jason's Plaza et.al. | | | | 21,294.48 |
| Account No. JAS01<br>Century Buisness<br>119 2est 40th Street<br>New York, NY 10018 | | J | | | | | 7,027.49 |
| Account No. 4226-6100-0253-4903<br>Chase Bankcard Services<br>PO Box 52188<br>Phoenix, AZ 85072-2188 | | W | credit card debt 2003 | | | | 16,734.34 |
| Account No. 100189<br>Chiliwear<br>5609 Blessey Stret<br>Harahon, LA 70123 | | J | | | | | 2,534.10 |
| Account No.<br>China Journal<br>2416-A S. Archer Ave.<br>Chicago, IL 60616 | | J | | | | | 60.00 |
| Account No. 5424180452405180<br>Citicard Card<br>P.O. Box 6413<br>The Lakes, NV 88901-6413 | | W | credit card debt 2003 | | | | 4,608.14 |

Sheet ___2___ of ___13___ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page) **55,020.04**

(Complete only on last sheet of Schedule F) **TOTAL** _____

(Report total also on Summary of Schedules)

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Jason H. Cho & Young Cho _____   Case No. _____
                              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 4808480028<br>Com Ed<br>Bill Payment Center<br>Chicago, IL 60668-0001 | | | Gas Bill 5/04 | | | | 285.47 |
| Account No. 1634654<br>Computer Credit<br>640 West Fourth Street<br>Winston-Salem, NC 27113-5238 | | J | credit card debt 2002-2003 | | | | 492.50 |
| Account No.<br>Dae Hoe Furs | | J | | | | | 2,283.99 |
| Account No. 6011008640589670<br>Discover Card<br>P.O. Box 30395<br>Salt Lake City, UT 84130-0395 | | J | credit card debt 2003 | | | | 9,159.33 |
| Account No.<br>DND<br>2165 Apple Hill Ln.<br>Buffalo Grove, IL 60089 | | J | | | | | 5,340.00 |
| Account No. 6462<br>Donna Karen<br>600 Gotham Parkway<br>Carlstadt, NJ 07072 | | J | | | | | 5,226.39 |
| Account No. 10657<br>Douglas & Scruta<br>5503 Grissom Rd., Suite 207<br>San Antonio, TX 78238 | | J | | | | | 1,954.40 |

Sheet ____3__ of _____13__ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)   24,742.08

(Complete only on last sheet of Schedule F) **TOTAL** _____

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Jason H. Cho & Young Cho _____   Case No. _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 22894616<br>Dun & Bradstreet<br>P.O. Box 482<br>Richfield, OH  44286 | | | claim against corp. | | | | 2,734.68 |
| Account No. 230600<br>Excel Financial<br>5236 80th Street<br>Lubbock, TX  79424 | | J | | | | | 26,087.25 |
| Account No. 5467-0001-8904-1051<br>Fifth Third Bank<br>38 Fountain Square<br>Cincinnati, OH  45263 | | J | credit card 2002 | | | | 4,386.45 |
| Account No.<br>Financial Pacific Leasing<br>C/O Messerli & Kramer<br>3033 Campus Dr Ste 250<br>Plymouth, MN  55441 | | J | possible Guaranty of lease | | | | 67,822.16 |
| Account No. 2004-253975-978<br>Fitzgeralds Casino/Hotel<br>C/O Office Of The District Attorney<br>200 S. Third Stree 5th Floor<br>Las Vegas, NV  89101 | | J | Alleged bad checks | | | | 11,400.00 |
| Account No. 389145<br>Fitzgeralds Casino/Hotel<br>C/O Office Of The District Attorney<br>200 S. Third Stree 5th Floor<br>Las Vegas, NV  89101 | | J | alleged bad checks | | | | 18,000.00 |
| Account No. 4305-4400-0143-0638<br>Fleet<br>P.O. Box 15368<br>Wilmington, DE  19886-5368 | | W | credit card debt 2002-2003 | | | | 7,159.68 |
| | | | | | Subtotal<br>(Total of this page) | | 137,590.22 |

Sheet ____4____ of ____13____ Continuation Sheets attached to Schedule F

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Jason H. Cho & Young Cho                                    Case No. _____
_____
            Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4071-2970-0123-7559**<br>**Fleet**<br>**P.O. Box 15368**<br>**Wilmington, DE  19886-5368** | | W | credit card debt 2003-2003 | | | | **2,666.28** |
| Account No. **8482**<br>**Frank R. Montgomerey**<br>**PO Box 917**<br>**ParkRidge, IL  60068** | | | | | | | **3,321.59** |
| Account No. **90133390163**<br>**GE Capitol Colonial Pacific**<br>**PO Box 532626**<br>**Atlanta, GA  30353-2626** | | J | | | | | **3,420.72** |
| Account No. **633300001**<br>**Gordon Food Services**<br>**Dept Ch 10490**<br>**Palatine, IL** | | J | | | | | **2,727.44** |
| Account No. **02900006100142396**<br>**Harris Bank**<br>**P.O. Box 6290**<br>**Carol Stream, IL  60197-6290** | | W | credit card debt 2003 | | | | **7,563.00** |
| Account No. **JAS03**<br>**Henry Jacobson**<br>**1002 Second Street**<br>**San Rafeal, CA  94901** | | J | | | | | **1,070.87** |
| Account No. **98453201**<br>**Hewlitt Packard**<br>**PO Bopx 402582**<br>**Atlanta, GA  30384-2582** | | J | | | | | **703.06** |

Sheet _____**5** of _____**13** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)                **21,472.96**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Jason H. Cho & Young Cho _____  Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 4637348<br><br>Hollywood Casino Aurora<br>49 West Galena Blvd.<br>Aurora, IL  60506 | | J | 4/04 alleged bad checks | | | | 7,500.00 |
| Account No. 6148427<br><br>Hollywood Casino Aurora<br>49 West Galena Blvd.<br>Aurora, IL  60506 | | J | alleged bad check | | | | 2,500.00 |
| Account No. 614836<br><br>Hollywood Casino Aurora<br>49 West Galena Blvd.<br>Aurora, IL  60506 | | J | alleged bad check | | | | 5,000.00 |
| Account No. 6035320140947670<br><br>Home Depot<br>Processesing Center<br>Des Moines, IA  50364-0001 | | J | credit card 2003 | | | | 2,997.84 |
| Account No. 128333<br><br>Hot Sox (Polo)<br>1 Rockfeller Plaza<br>New York, NY  10020-1579 | | J | | | | | 1,821.97 |
| Account No.<br><br>Imperial Realty Company<br>4747 W. Peterson Ave.<br>Chicago, IL  60646 | | | Guaranty of lease | | | | 190,000.00 |
| Account No.<br><br>Imperial Realty Company<br>4747 W. Peterson Ave.<br>Chicago, IL  60646 | | | | | | | 1,757.30 |

Sheet _____6__ of _____13__ Continuation Sheets attached to Schedule F

| | Subtotal (Total of this page) | 211,577.11 |
|---|---|---|
| | (Complete only on last sheet of Schedule F)  TOTAL | |
| | (Report total also on Summary of Schedules) | |

© 1993-2003 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE Jason H. Cho & Young Cho                                    Case No. _____
                              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> Imperial Realty Company <br> C/O Louis Pritikin <br> 4747 W. Peterson Ave. <br> Chicago, IL 60646 | | J | | | | | 271,276.60 |
| Account No. <br> James F. Dunneback <br> 14535 John Humphrey Drive Suite 101 <br> Orland Park, IL 60462 | | J | C/o Donna Karan rep. | | | | 6,271.66 |
| Account No. <br> James F. Dunneback <br> 14535 John Humphrey Drive Suite 101 <br> Orland Park, IL 60462 | | | | | | | 6,271.66 |
| Account No. <br> John Y. Kim & Assoc. <br> 59 W. Seegers Road <br> Arlington Heights, IL 60005 | | J | 2003 purchase | | | | 3,319.60 |
| Account No. <br> John Y. Kim & Assoc. <br> 59 W. Seegers Road <br> Arlington Heights, IL 60005 | | | | | | | 3,319.60 |
| Account No. CN09 <br> Jones Apparel <br> 250 Rittenhouse Circle, Keystone Park <br> Bristol, PA 19007 | | J | | | | | 4,694.86 |
| Account No. 663952 <br> Journal & Topics Newspapers <br> 622 Graceland Ave. <br> Des Plaines, IL 60016 | | | | | | | 472.00 |

Sheet ____7____ of ____13____ Continuation Sheets attached to Schedule F

Subtotal (Total of this page)    295,625.98

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE Jason H. Cho & Young Cho
_____   Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> K&S FHC Mr. Jin Ung Kim & Mrs. Byong Chu <br> 2275 N. Hazeltime Dr. <br> Vernon Hills, IL  60061 | | | | | | | 6,812.14 |
| Account No. <br> K&S FHC Mr. Jin Ung Kim & Mrs. Byong Chu <br> 2275 N. Hazeltime Dr. <br> Vernon Hills, IL  60061 | | J | disputed partnership claim | | | | 6,812.14 |
| Account No. 6203 <br> Karen J. Porter, Ltd. <br> 11 East Adams, Suite 1100 <br> Chicago, IL  60603 | | J | | | | | 8,989.04 |
| Account No. JO12H <br> LIZ Claiborne <br> 1 Claiborne Ave. <br> North Bergen, NJ  07047 | | J | | | | | 21,266.17 |
| Account No. 2004-595298 <br> Lubboch Leasing <br> Room 207 Courthouse <br> PO Box 10536 <br> Lubboch, TX  79408-3536 | | J | Default Judgment:   Lubboch v. Cho | | | | 21,294.48 |
| Account No. 91385-91379 <br> Majestic Star Casino <br> One Buffington Harbor Drive <br> Gary, IN  46406-3000 | | J | alleged bad checks | | | | 10,000.00 |
| Account No. 14G30253 <br> McMahan & Sigunick, Ltd. <br> 216 Weat Jackson Blvd., Suite 900 <br> Chicago, IL  60606 | | J | | | | | 2,734.63 |

Sheet ____8___ of ___13___ Continuation Sheets attached to Schedule F

| | |
|---|---|
| Subtotal (Total of this page) | 77,908.60 |
| (Complete only on last sheet of Schedule F)  TOTAL | |

(Report total also on Summary of Schedules)

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE Jason H. Cho & Young Cho _____   Case No. _____
                                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **JAS03** <br> **Mulberry Neckwear** <br> 1002 Second St. <br> San Rafael, CA  94901 | | | | | | | 137.20 |
| Account No. **J8997** <br> **Nautica Enterprises** <br> 11 W. 19th St. <br> New York, NY  10011 | | | | | | | 2,683.13 |
| Account No. **69271** <br> **NES Rentals** <br> PO Box 60858 <br> St. Louis, MO  63160-0858 | | | | | | | 1,954.40 |
| Account No. **108370417** <br> **Nicor Gas** <br> PO Box 2020 <br> Aurora, IL  60507-2020 | | | | | | | 8,348.29 |
| Account No. **4264-2989-0400-9498** <br> **Ohio Savings Bank** <br> P.O. Box 15137 <br> Wilmington, DE  19886-5137 | | J | | | | | 6,659.82 |
| Account No. <br> **Onyx Waste** <br> C/O McMlahan & Siguich <br> 216 W. Jackson Blvd # 900 <br> Chicago, IL  60606 | | J | Waste Disposal | | | | 2,534.68 |
| Account No. **T4012037-9** <br> **Onyx Waste** <br> 135  S. LaDalle, Dept. 8142 <br> Chicago, IL  60674-8173 | | | | | | | 2,825.59 |
| | | | | | Subtotal <br> (Total of this page) | | 25,143.11 |
| | | | | | (Complete only on last sheet of Schedule F) **TOTAL** | | |

Sheet _____ **9** of _____ **13** Continuation Sheets attached to Schedule F

(Report total also on Summary of Schedules)

© 1993-2003 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE Jason H. Cho & Young Cho
_____ Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. T4016700-6<br>Onyx Waste<br>8246 Innovation Way<br>Chicago, IL  60682-0082 | | | | | | | 65.00 |
| Account No. 336194<br>Park Nicollet<br>P.O. Box 9104<br>Minneaolis, MN  55480-9104 | | W | credit card 2003 | | | | 797.15 |
| Account No. 146681<br>Pawnee Leasing<br>700 Centre Ave.<br>Ft. Collins, CO  80526 | | | | | | | 1,977.68 |
| Account No. 297-001<br>Polo Ralph Lauren<br>9 Polito Ave.<br>Lyndhurst, NJ  07071 | | | | | | | 9,913.43 |
| Account No. 290982403<br>Progressive Buisness Publications<br>370 Technology Drive<br>Malvern, PA  19355 | | | | | | | 299.00 |
| Account No. 4031-1507-0063-2613<br>Providian<br>P.O. Box 660548<br>Dallas, TX  75266-0548 | | J | credit card | | | | 8,182.77 |
| Account No.<br>Raminiak, Piper And Co.<br>6767 N Milwaukee, Suite 206<br>Niles, IL  60714 | | | | | | | 1,320.00 |
| | | | | | Subtotal<br>(Total of this page) | | 22,555.03 |

Sheet ____10___ of ____13___ Continuation Sheets attached to Schedule F

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE Jason H. Cho & Young Cho _____   Case No. _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **10752** <br> REDfish <br> 37 # 10 Highway One <br> Rehoboth Beach, DE 19971 | | | | | | | 2,005.72 |
| Account No. <br> Retailers National Bank <br> C/O Mashall Fields Credit Services <br> PO Box 1581 <br> Minneapolis, MN 55440-1581 | | J | | | | | 0.00 |
| Account No. 4352-3783-5739-1198 <br> Retailers National Bank <br> PO Box 59317 <br> Minneapolis, MN 55440-0317 | | J | credit card debt 2003 | | | | 9,062.65 |
| Account No. <br> Rigid Electrical <br> 6941 Jarvis <br> Niles, IL 60714 | | | | | | | 31,288.05 |
| Account No. **MI-42250** <br> Rio Suite Casino <br> C/O Clark County District Attorney <br> 200 S. Third St. 5th Floor <br> Las Vegas, NV 89101 | | J | Alleged bad check | | | | 5,000.00 |
| Account No. 2004-253721 <br> Rio Suite Casino <br> C/O Clark County District Attorney <br> 200 S. Third St. 5th Floor <br> Las Vegas, NV 89101 | | J | alleged bad check | | | | 5,575.00 |
| Account No. CHOYO000 <br> Sailer Chiropractic Center <br> 403 West Burnsville <br> Burnsville, MN 55337 | | J | medical bill 2002 | | | | 199.85 |

Sheet ____**11**____ of ____**13**____ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page) **53,131.27**

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE Jason H. Cho & Young Cho                                    Case No. _____
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Savane International<br>P.O. Box 15350<br>Tampa, FL  33684 | | J | | | | | 2,154.13 |
| Account No. 8476639521<br>SBC<br>Bill Payment Center<br>Chicago, IL  60663-0001 | | J | phone bill | | | | 183.97 |
| Account No.<br>Strauss Malk LLP<br>C/O Bank One NA<br>135 Revere Dr.<br>Northbrook, IL  60062 | | J | Cook County<br>03L015717 Bank  One V. Jason & Young Cho | | | | 104,402.67 |
| Account No.<br>Sunny Plumbing<br>3245 Bryn Mawr<br>Chicago, IL | | J | | | | | 4,500.00 |
| Account No. 789550000001<br>SunTrust<br>PO Box 4986<br>ATLANTA, GA  30302 | | J | | | | | 3,249.59 |
| Account No. 789550000001<br>SunTrust<br>PO Box 4986<br>ATLANTA, GA  30302 | | J | | | | | 84.58 |
| Account No. 789550000001<br>SunTrust<br>PO Box 4986<br>ATLANTA, GA  30302 | | J | | | | | 2,420.83 |

Sheet ____12___ of ____13___ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)                          116,995.77

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE Jason H. Cho & Young Cho _____   Case No. _____
　　　　　　　　　　　　Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Swank<br>PO Boc 2962<br>Attleboro, MA  02703-0962 | | J | | | | | 6,849.92 |
| Account No. JAS01<br>Two Lips Shoe<br>9237 San Fernando Rd.<br>Sun Valley, CA  91352 | | J | | | | | 1,897.77 |
| Account No. 4190-0877-5037-1329<br>US Bank<br>PO Box 790409<br>ST. Louis, MO  63179-0409 | | J | | | | | 13,245.28 |
| Account No.<br>Vetrine Arte<br>PO Box 4010 135 S LaSalle<br>Chicago, IL  60674 | | J | | | | | 660.56 |
| Account No.<br>Willingford<br>1985 Silver Bell Road<br>Eagan, MN  55122 | | | Guaranty of lease | | | | 0.00 |
| Account No. 120<br>WJ Wieklinski & Co.<br>682 Lee St.<br>Des Plaines, IL  60061 | | J | | | | | 0.00 |
| Account No. 00-W04143<br>Wooden Ships<br>720 Monroe St.<br>Hoboken, NJ  07030 | | J | | | | | 1,012.53 |

Sheet ___13___ of ___13___ Continuation Sheets attached to Schedule F

| | |
|---|---|
| Subtotal<br>(Total of this page) | 23,666.06 |
| (Complete only on last sheet of Schedule F)  TOTAL | 1,132,471.57 |
| | (Report total also on Summary of Schedules) |

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Jason H. Cho & Young Cho
_____
Debtor(s)

Case No. _____

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Imperial Realty Company<br>4747 W. Peterson Ave.<br>Chicago, IL 60646 | Personal Guaranty |
| Imperial Realty Company<br>10350 Dearlove Road #K<br>Glenview, IL 60025 | Personal Guaranty |
| Willingford<br>1985 Silver Bell Road<br>Eagan, MN 55122 | Personal Guaranty |

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Jason H. Cho & Young Cho _____ Case No. _____
                                    Debtor(s)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2003 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

SCHEDULE H - CODEBTORS

IN RE Jason H. Cho & Young Cho _____ Case No. _____
                                    Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married** | NAMES | AGE | RELATIONSHIP |
| | | | |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Buisness Consultant** | **Assistant** |
| Name of Employer | **State Bank Of Long Lake** | **State Bank Of Long Lake** |
| How long employed | | |
| Address of Employer | **1964 W. Wayzata Blvd.** **Long Lake, MN 55356** | **1964 W. Wayzata Blvd.** **Long Lake, MN 55356** |

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Income: (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rata if not paid monthly) | $ | 2,600.00 | $ | 1,600.00 |
| Estimated monthly overtime | $ | | $ | |
| **SUBTOTAL** | $ | 2,600.00 | $ | 1,600.00 |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and Social Security | $ | | $ | |
| b. Insurance | $ | | $ | |
| c. Union dues | $ | | $ | |
| d. Other (specify) _____ | $ | | $ | |
| | $ | | $ | |
| **SUBTOTAL OF PAYROLL DEDUCTIONS** | $ | 0.00 | $ | 0.00 |
| **TOTAL NET MONTHLY TAKE HOME PAY** | $ | 2,600.00 | $ | 1,600.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | | $ | |
| Income from real property | $ | | $ | |
| Interest and dividends | $ | | $ | |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | | $ | |
| Social Security or other government assistance | | | | |
| (Specify) _____ | $ | | $ | |
| | $ | | $ | |
| Pension or retirement income | $ | | $ | |
| Other monthly income | | | | |
| (Specify) _____ | $ | | $ | |
| | $ | | $ | |
| | $ | | $ | |
| **TOTAL MONTHLY INCOME** | $ | 2,600.00 | $ | 1,600.00 |

**TOTAL COMBINED MONTHLY INCOME $** _____ **4,200.00** (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

IN RE Jason H. Cho & Young Cho _____ Case No. _____
                          Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 4,000.00 |
| Are real estate taxes included?   Yes ____  No ✓ | |
| Is property insurance included?   Yes ____  No ✓ | |
| Utilities:  Electricity and heating fuel | $ 300.00 |
|   Water and sewer | $ 67.00 |
|   Telephone | $ 100.00 |
|   Other _____ | $ _____ |
|   _____ | $ _____ |
| Home maintenance (repairs and upkeep) | $ _____ |
| Food | $ 1,000.00 |
| Clothing | $ 200.00 |
| Laundry and dry cleaning | $ _____ |
| Medical and dental expenses | $ _____ |
| Transportation (not including car payments) | $ 300.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ _____ |
| Charitable contributions | $ _____ |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|   Homeowner's or renter's | $ 55.00 |
|   Life | $ 220.00 |
|   Health | $ 500.00 |
|   Auto | $ _____ |
|   Other _____ | $ _____ |
|   _____ | $ _____ |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)  **Real Estate Taxes** | $ 900.00 |
|   _____ | $ _____ |
|   _____ | $ _____ |
| Installment payments (in chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|   Auto | $ 1,500.00 |
|   Other _____ | $ _____ |
|   _____ | $ _____ |
| Alimony, maintenance, and support paid to others | $ _____ |
| Payments for support of additional dependents not living at your home | $ _____ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ _____ |
| Other   **College Expenses** | $ 1,500.00 |
|   _____ | $ _____ |
|   _____ | $ _____ |
|   _____ | $ _____ |
|   _____ | $ _____ |
|   _____ | $ _____ |
| **TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)** | **$ 10,642.00** |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A.  Total projected monthly income | $ _____ |
| B.  Total projected monthly expenses | $ _____ |
| C.  Excess income (A minus B) | $ _____ |
| D.  Total amount to be paid into plan each _____ | $ _____ |
|                                          (interval) | |

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Jason H. Cho & Young Cho                                                     Case No. _____
_____
                    Debtor(s)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**28** sheets, and that
                                                                                                    (Total shown on summary page plus 1)
they are true and correct to the best of my knowledge, information, and belief.

Date: **June 1, 2004** _____    Signature: _____
                                                       **Jason H. Cho**                                        Debtor

Date: **June 1, 2004** _____    Signature: _____
                                                       **Young Cho**                                    (Joint Debtor, if any)

                                                                                    [If joint case, both spouses must sign.]

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that
I have provided the debtor with a copy of this document.

_____                    _____
Printed or Typed Name of Bankruptcy Petition Preparer                           Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each
person.

_____                    _____
Signature of Bankruptcy Petition Preparer                                               Date

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result
in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a
member or an authorized agent of the partnership) of the _____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and
schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
                          (Total shown on summary page plus 1)

Date: _____    Signature: _____

                                                       _____
                                                       (Print or type name of individual signing on behalf of debtor)

              [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                            Case No. _____

Jason H. Cho & Young Cho                Chapter **7** _____
                   Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT   SOURCE (if more than one)
0.00   2004 Jason and Young Cho $10,500.00
        2003 Jason and Young Cho $46,600.00
        2002 Jason and Young Cho $126,350.00

**2. Income other than from employment or operation of business**

None ☑   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**

None ☑   a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑   b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☑   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| $100,000.00 or more | gambling Mr. Cho | |

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Randall A. Wolff 3325 N. Arlington Heights Road #500 Arlington Heights, IL  60004 | | 1,000.00 |

## 10. Other transfers

None ☑ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, association, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Foster Bank | 9133 | 4/23/09 |
| Foster Bank | 3789 | 3/30/04 |

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **June  1, 2004**          Signature
                                 of Debtor _____          **Jason H. Cho**

Date: **June  1, 2004**          Signature
                                 of Joint Debtor _____          **Young Cho**
                                 (if any)

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**STATEMENT OF FINANCIAL AFFAIRS**

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                          Case No. _____

Jason H. Cho & Young Cho                                        Chapter **7**
_____
Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.
2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

*a. Property to be Surrendered*

DESCRIPTION OF PROPERTY                               CREDITOR'S NAME

**None**

*b. Property to be Retained [Check any applicable statement.]*

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME | PROPERTY IS CLAIMED AS EXEMPT | PROPERTY WILL BE REDEEMED PURSUANT TO 11 U.S.C. § 722 | DEBT WILL BE RE-AFFIRMED PURSUANT TO 11 U.S.C. § 524(C) |
|---|---|---|---|---|
| **1239 N. Maidstone** | **America Servcle Corp.** | | **Retain \*** | |
| **1239 N. Maidstone** | **HOMEQ Servicing Corp.** | | **Retain \*** | |

\* Retain and pay pursuant to original contract

06/01/2004 _____          _____
Date         Jason H. Cho            Debtor   Young Cho           Joint Debtor (if applicable)

CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____          _____
Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                              Case No. _____

Jason H. Cho & Young Cho                            Chapter **7** _____
                    Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

"*In business.*" A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"*Insider.*" The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT   SOURCE (if more than one)
0.00   2004 Jason and Young Cho $10,500.00
       2003 Jason and Young Cho $46,600.00
       2002 Jason and Young Cho $126,350.00

**2. Income other than from employment or operation of business**

None
☑   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**

None
☑   a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑   b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Lubboch Leasing v. Jason Cho and Young Cho  2004 595298 | collection | Lubbock County Texas | Judgment entered |
| Bank One v. Cho 03 L 15717 | collection | cook county | Judgment entered |

**None** ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

**None** ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

**None** ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

**None** ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

**None** ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

**None** ☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY $100,000.00 or more | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS gambling Mr. Cho | DATE OF LOSS |

## 9. Payments related to debt counseling or bankruptcy

**None** ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| Randall A. Wolff 3325 N. Arlington Heights Road #500 Arlington Heights, IL  60004 | | 1,000.00 |

## 10. Other transfers

**None** ☑ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 11. Closed financial accounts

**None** ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, association, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

STATEMENT OF FINANCIAL AFFAIRS

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Foster Bank | 9133 | 4/23/09 |
| Foster Bank | 3789 | 3/30/04 |

### 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 14. Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

### 15. Prior address of debtor

None ☑ If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

### 16. Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

### 18. Nature, location and name of business

None ☑ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
☑

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date: **June 1, 2004**        Signature
                              of Debtor _____    **Jason H. Cho**

Date: **June 1, 2004**        Signature
                              of Joint Debtor _____    **Young Cho**
                              (if any)

                    **0** continuation pages attached


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**STATEMENT OF FINANCIAL AFFAIRS**

## UNITED STATES BANKRUPTCY COURT

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

> The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Neither the judge nor the court's employees may provide you with legal advice.

### Chapter 7: Liquidation ($155 filing fee plus $30 administrative fee plus $15 trustee surcharge)*

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under Chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a Chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to a valid security interest. Your attorney can explain the options that are available to you.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $30 administrative fee)*

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for Chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under Chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually the period allowed by the court to repay your debts is three years, but not more than five years. Your plan must be approved by the court before it can take effect.

3. Under Chapter 13, unlike Chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

### Chapter 11: Reorganization ($800 filing fee plus $30 administrative fee)*

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision for an individual to file a Chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer ($200 filing fee plus $30 administrative fee)*

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to a Chapter 13. The eligibility requirements are restrictive, limiting its use to those who income arises primarily from a family owned farm.

* Fees are subject to change and should be confirmed before filing.

## ACKNOWLEDGEMENT

I, the debtor, affirm that I have read this notice.

_____
Case Number

June 1, 2004
Date

Jason H. Cho

Debtor   Young Cho

Joint Debtor, if any

**INSTRUCTIONS:** If the debtor is an individual, a copy of this notice personally signed by the debtor must accompany any bankruptcy petition filed with the Clerk. If filed by joint debtors, the notice must be personally signed by each. Failure to comply may result in the petition not being accepted for filing.

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                    Case No. _____

Jason H. Cho & Young Cho                                                  Chapter 7 _____
                              Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ....................................................... $ _____1,150.00

    Prior to the filing of this statement I have received ....................................... $ _____1,000.00

    Balance Due ................................................................................ $ _____150.00

2.  The source of the compensation paid to me was: ☑ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is: ☑ Debtor  ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

June 1, 2004                                  *Randall A. Wolff, esq*
_____                     _____
Date                                          Signature of Attorney

                                              Randall A. Wolff, Esq.
                                              _____
                                              Name of Law Firm

---

DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                              Case No. _____

Jason H. Cho & Young Cho _____ Chapter **7** _____
                          Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **93**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **June  1, 2004** _____      _____
                                     Debtor

                                     _____
                                     Joint Debtor

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

VERIFICATION OF CREDITOR MATRIX

Jason H. Cho
1239 N. Maidstone
Vernon Hills, IL 60061

Young Cho
1239 N. Maidstone
Vernon Hills, IL 60061

Randall A. Wolff, Esq.
3325 N. Arlington Heights Road, #500
Arlington Heights, IL 60004

A.J. Morgan
PO Box 79215
Los Angeles, CA 90079

ADT Security Systems
PO Box 650435
Dallas, TX 75265-0485

AG Adjustements [Liz Ciborne]
1600 Old Country Road
Plainview, NY 11803-9109

AL CAN Collection [Century]
PO Box 249
Pelham, NY 10803-0249

Alarm Detection
111 Church Rd.
Aurora, IL 60505

America Servcie Corp.
P.O. Box 13716
Sacramento, CA 95853-3716

Amrams & Abrams
75 East Wacker Suite 320
Chicago, IL 60601

Angela's Carpet And Blinds
5514 N. Western Avenue
Chicago, IL 60625

Atwell , Curtis And Brooks, Ltd.
204 Stonehenge Ln.
Carle Place, NY 11514-0363

Atwell, Curtis And Brooks, Ltd.
204 Stonehenge Ln.
Carle Place, NY 11514-0363

Bank One Cardmember Services
P.O. Box 50882
Henderson, NV 89016-0882

Bank One Cardmember Services
P. O. Box 50882
Henderson, NV 89016-0882

Becca
2419 E. Winston Rd.
Anaheim, CA 92806

BMW Financial Services
P.O. Box 3608
Dublin, OH 43016-0306

Bonner Smith
5220 8th Street
Lubboch, TX 79424

CCS
Payment Processing Center
P.O. Box 55156
Boston, MA 02205-5156

Century Buisness
119 2est 40th Street
New York, NY 10018

Chase Bankcard Services
PO Box 52188
Phoenix, AZ 85072-2188

Chiliwear
5609 Blessey Stret
Harahon, LA 70123

China Journal
2416-A S. Archer Ave.
Chicago, IL 60616

Citicard Card
P.O. Box 6413
The Lakes, NV 88901-6413

Com Ed
Bill Payment Center
Chicago, IL 60668-0001

Computer Credit
640 West Fourth Street
Winston-Salem, NC 27113-5238

Discover Card
P.O. Box 30395
Salt Lake City, UT 84130-0395

DND
2165 Apple Hill Ln.
Buffalo Grove, IL 60089

Donna Karen
600 Gotham Parkway
Carlstadt, NJ 07072

Douglas & Scruta
5503 Grissom Rd., Suite 207
San Antonio, TX 78238

Dun & Bradstreet
P.O. Box 482
Richfield, OH  44286

Harris Bank
P.O. Box 6290
Carol Stream, IL  60197-6290

Illinois Dept. Of Economic Service
260 East Indian Trail Rd.
Aurora, IL  60505-1733

Excel Financial
5236 80th Street
Lubbock, TX  79424

Harvard Collection Services
4839 N. Elston Ave.
Chicago, IL  60630-2534

Illinois Dept. Of Revenue
(941)
PO Box 19468
Springfield, IL  62794-9468

Fifth Third Bank
38 Fountain Square
Cincinnati, OH  45263

Henry Jacobson
1002 Second Street
San Rafeal, CA  94901

Illinois Dept. Of Revenue
(Sales)
Springfield, IL  62794-9468

Financial Pacific Leasing
C/O Messerli & Kramer
3033 Campus Dr Ste 250
Plymouth, MN  55441

Hewlitt Packard
PO Bopx 402582
Atlanta, GA  30384-2582

Imperial Realty Company
4747 W. Peterson Ave.
Chicago, IL  60646

Fitzgeralds Casino/Hotel
C/O Office Of The District Attorney
200 S. Third Stree 5th Floor
Las Vegas, NV  89101

Hollywood Casino Aurora
49 West Galena Blvd.
Aurora, IL  60506

Imperial Realty Company
10350 Dearlove Road #K
Glenview, IL  60025

Fleet
P.O. Box 15368
Wilmington, DE  19886-5368

Home Depot
Processesing Center
Des Moines, IA  50364-0001

Imperial Realty Company
C/O Louis Pritikin
4747 W. Peterson Ave.
Chicago, IL  60646

Ford Credit
3010 Highland Parkway #200
Downers Grove, IL  60515

HOMEQ Servicing Corp.
P.O. Box 37297
Baltimore, MD  21297-3297

Internal Revenue Service
Department Of The Treasury
Kansas City, MO  64999

Frank R. Montgomerey
PO Box 917
ParkRidge, IL  60068

Hot Sox (Polo)
1 Rockfeller Plaza
New York, NY  10020-1579

Internal Revenue Service
Cincinnati, OH  45999-0030

GC Services Limited Partnership
Collection Agency Division
6330 Gulfton
Houston, TX  77081

Illinois Department Of Employment
North Region
260 East Indian Trail Rd.
Aurora, IL  60505

Internal Revenue Service
Cincinnati, OH  45999-0300

GE Capitol Colonial Pacific
PO Box 532626
Atlanta, GA  30353-2626

Illinois Department Of Revenue
Springfield, IL  62776-0001

James F. Dunneback
14535 John Humphrey Drive Suite 101
Orland Park, IL  60462

John Y. Kim & Assoc.
59 W. Seegers Road
Arlington Heights, IL  60005

Nautica Enterprises
11 W. 19th St.
New York, NY  10011

Progressive Buisness Publications
370 Technology Drive
Malvern, PA  19355

Jones Apparel
250 Rittenhouse Circle, Keystone Park
Bristol, PA  19007

NES Rentals
PO Box 60858
St. Louis, MO  63160-0858

Providian
P.O. Box 660548
Dallas, TX  75266-0548

Journal & Topics Newspapers
622 Graceland Ave.
Des Plaines, IL  60016

Nicor Gas
PO Box 2020
Aurora, IL  60507-2020

Raminiak, Piper And Co.
6767 N Milwaukee, Suite 206
Niles, IL  60714

K&S FHC Mr. Jin Ung Kim & Mrs. Byong
Chu
2275 N. Hazeltime Dr.
Vernon Hills, IL  60061

Ohio Savings Bank
P.O. Box 15137
Wilmington, DE  19886-5137

REDfish
37 # 10 Highway One
Rehoboth Beach, DE  19971

Karen J. Porter, Ltd.
11 East Adams, Suite 1100
Chicago, IL  60603

Onyx Waste
C/O McMahan & Siguich
216 W. Jackson Blvd # 900
Chicago, IL  60606

Retailers National Bank
C/O Mashall Fields Credit Services
PO Box 1581
Minneapolis, MN  55440-1581

LIZ Claiborne
1 Claiborne Ave.
North Bergen, NJ  07047

Onyx Waste
135  S. LaDalle, Dept. 8142
Chicago, IL  60674-8173

Retailers National Bank
PO Box 59317
Minneapolis, MN  55440-0317

Lubboch Leasing
Room 207 Courthouse
PO Box 10536
Lubboch, TX  79408-3536

Onyx Waste
8246 Innovation Way
Chicago, IL  60682-0082

Rigid Electrical
6941 Jarvis
Niles, IL  60714

Majestic Star Casino
One Buffington Harbor Drive
Gary, IN  46406-3000

Park Nicollet
P.O. Box 9104
Minneaolis, MN  55480-9104

Rio Suite Casino
C/O Clark County District Attorney
200 S. Third St. 5th Floor
Las Vegas, NV  89101

McMahan & Sigunick, Ltd.
216 West Jackson Blvd., Suite 900
Chicago, IL  60606

Pawnee Leasing
700 Centre Ave.
Ft. Collins, CO  80526

Sailer Chiropractic Center
403 West Burnsville
Burnsville, MN  55337

Mulberry Neckwear
1002 Second St.
San Rafael, CA  94901

Polo Ralph Lauren
9 Polito Ave.
Lyndhurst, NJ  07071

Savane International
P.O. Box 15350
Tampa, FL  33684

SBC
Bill Payment Center
Chicago, IL 60663-0001

WJ Wieklinski & Co.
682 Lee St.
Des Plaines, IL 60061

State Bank Of Long Lake
1964 W. Wayzata Blvd.
Long Lake, MN 55356

Wooden Ships
720 Monroe St.
Hoboken, NJ 07030

Stein & Rotman
105 W. Madison St.
Chicago, IL 60602

Strauss Malk LLP
C/O Bank One NA
135 Revere Dr.
Northbrook, IL 60062

SunTrust
PO Box 4986
ATLANTA, GA 30302

Swank
PO Boc 2962
Attleboro, MA 02703-0962

Two Lips Shoe
9237 San Fernando Rd.
Sun Valley, CA 91352

US Bank
PO Box 790409
ST. Louis, MO 63179-0409

Vetrine Arte
PO Box 4010 135 S LaSalle
Chicago, IL 60674

Willingford
1985 Silver Bell Road
Eagan, MN 55122