EXHIBIT A

**TASKS PERFORMED BY TRUSTEE**

The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of Financial Affairs.  The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors.

1. The Trustee prepared semi-annual reports to the United States Trustee's Office.

2. The Trustee managed the estate's cash on hand.  This included investing the estate's funds in interest bearing accounts and maintaining a report of cash receipts and disbursements.

3. The Trustee examined the Debtor's records in an effort to identify additional assets available to the estate for liquidation and to verify the disposition of assets.

4. The Trustee attended to tax issues concerning the estate.

5. The Trustee reviewed the claims filed in this case. The Trustee compared schedules, notices of bar dates and claims dockets to ensure all creditors scheduled received the appropriate notices.

6. The Trustee examined the Debtor, and found The Debtor had an ownership interest in various businesses and a personal residence however there was no equity in those assets to administer.  The Trustee found a high end BMW wherein the Illinois Title showed no lien.  Trustee sold that car for $11,500.00.  Later a lien holder appeared.