Case 04-22860   Doc 95-1   Filed 06/25/08   Entered 06/25/08 15:53:18   Desc Exhibit
Order Waiving Final Report and in lieu of Distribution Report   Page 1 of 2
04-22860:89.6:Motion to Waive:Proposed Order Entered: 1/11/2008 4:50:18 PM by:Ilene Goldstein Page 1 of 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 04 B 22860 |
| | ) | |
| JASON and YOUNG CHO, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | Hon. A. Benjamin Goldgar |

### ORDER ALLOWING WAIVING OF THE FILING OF A FINAL REPORT AND AUTHORIZING THE PAYMENT OF ADMINISTRATIVE CLAIMS.

This matter having come before this Court pursuant to the Trustee's Motion to Waive the Filing of a Final Report, For Authority to Distribute Property and to Pay Administrative Claims, notice having been given, and the Court being fully advised in the premises;

THE COURT FINDS AS FOLLOWS:

(a) The amount of administrative claims exceeds the amount of funds on deposit in the Estate.

(b) No purpose would be served by filing a final report.

(c) Notice of at least twenty days has been given to all parties entitled to notice of the herein motion.

IT IS HEREBY ORDERED:

(a) The following awards are allowed and the Trustee shall distribute the funds in the Estate as follows:

    ((i)    Allowance of the Trustee's Statutory Compensation in the amount of $204.15, and any interest that accrues, to be paid to the Trustee as final Trustee Statutory Compensation;

    (ii)    Payment of the sums previously disbursed to the Trustee's counsel, Law Offices of Ilene F. Goldstein, Chartered as interim compensation

Case 04-22860    Doc 95-1    Filed 06/25/08    Entered 06/25/08 15:53:18    Desc Exhibit
Order Waiving Final Report and in lieu of Distribution Report    Page 2 of 2
04-22860:89.6:Motion to Waive:Proposed Order Entered: 1/11/2008 4:50:18 PM by:Ilene Goldstein Page 2 of 2

is allowed as final compensation pursuant to § 330 of the Code;

(b) The Trustee's Motion adequately provides a Final Report and Account of this Estate and any further requirement that the Trustee file a Final Report to the Court or the U.S. Trustee is hereby waived;

(c) The Trustee is directed to to file the Final Account.

DATED:     FEB 0 1 2008

HON. A. BENJAMIN GOLDGAR
U.S. BANKRUPTCY JUDGE

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
850 Central Avenue, Suite 200
Highland Park, IL 60035
(847) 926-9595